IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER WESLEY LEDVINA,<br><br>Defendant. | No. 23-CR-36<br><br>**INDICTMENT**<br><br>Count 1<br>  18 U.S.C. § 922(g)(3):<br>  Possession of a Firearm by a<br>  Drug User<br><br>Count 2<br>  18 U.S.C. § 924(a)(1)(A):<br>  False Statement During Purchase<br>  of a Firearm |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Drug User

On or about August 11, 2022, in the Northern District of Iowa, defendant ALEXANDER WESLEY LEDVINA, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana and cocaine, knowingly possessed firearms, specifically, a Smith & Wesson M&P 9 Shield Plus, 9x19mm caliber pistol; an Arsenal Bulgarian P-M01, 9x18mm caliber pistol; a Ruger 10/22, .22 LR caliber rifle; a Zastava Arms ZPAP92, 7.62x39mm caliber pistol; and an IWI Tavor X95, 5.56 NATO caliber rifle, and the firearms were in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

1
Case 1:23-cr-00036-CJW-MAR   Document 3   Filed 05/17/23   Page 1 of 2

## Count 2
## False Statement During Purchase of a Firearm

On or about July 29, 2022, in the Northern District of Iowa, defendant ALEXANDER WESLEY LEDVINA, in connection with his acquisition of a firearm, an Arsenal Bulgarian P-MO1, 9x18mm caliber pistol, knowingly made false statements and representations to FFL#1, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#1, in that the defendant represented he was not an unlawful user of a controlled substance, when in fact defendant was an unlawful user of marijuana and cocaine.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/s/Foreperson     05-17-2023
Grand Jury Foreperson     Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

TIMOTHY T. DUAX
United States Attorney

By: [signature]

And filed 5/17/2023
PAUL DE YOUNG, CLERK

ADAM J. VANDER STOEP
Special Assistant United States Attorney